PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Stanley Powell                    Cr.: 01-00058-02

Name of Sentencing Judicial Officer: Katharine S. Hayden

Date of Original Sentence: 07/09/03

Original Offense: Bank Robbery

Original Sentence: Imprisonment 72 months, Supervised Release 3 years, Special Conditions: drug testing/treatment, financial disclosure, no new debt, Restitution $8,000

Type of Supervision: Supervised Release          Date Supervision Commenced: 06/30/06

Assistant U.S. Attorney: Mark Agnifilo          Defense Attorney: Robert Stahl (CJA)

## PETITIONING THE COURT

[X]  To issue a warrant
[  ]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | On September 12, 2007, a complaint was filed against the offender charging him with simple assault. According to the complaint, on September 9, 2007, Powell assaulted the victim, Jocelyn Kearney, by twisting her arm, pushing her, and punching her on the left side of her face causing her to fall and hit her head on the concrete. This case is pending in Jersey City Municipal Court and a warrant was issued for the offender's arrest on October 30, 2007. |
| 2 | The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**' |
| | The offender has not submitted any monthly supervision reports since July 2007. |

3        The offender has violated the supervision condition which states 'You shall
         refrain from excessive use of alcohol and shall not purchase, possess, use,
         distribute, or administer any narcotic or other controlled substance, or any
         paraphernalia related to such substances, except as prescribed by a
         physician.'

         The offender tested positive for marijuana on December 11, 2006, and October
         4, 2007.  He tested positive for phencyclidine (PCP) on July 25, 2007.

4        The offender has violated the supervision condition which states 'As a condition
         of supervision, you are instructed to pay restitution in the amount of $8,000
         to U.S. Treasury; it shall be paid in the following manner: at the direction
         of the probation office..'

         Since commencement of supervised release, the offender has made only a single
         payment of $50 toward his restitution.  No payments have been received since
         July 2007.

5        The offender has violated the supervision condition which states 'The defendant
         shall refrain from the illegal possession and/or use of drugs and shall submit
         to urinalysis or other forms of testing to ensure compliance.  It is further
         ordered that the defendant shall submit to drug treatment, on an outpatient
         or inpatient basis, as directed by the U.S. Probation Office.  The defendant
         shall abide by the rules of any program and shall remain in treatment until
         satisfactorily discharged with the approval of the U.S. Probation Office.'

         The offender failed to appear for random drug testing on September 24, 2007.
         Additionally, on October 23, 2007, he reported to the drug testing program but
         refused to submit a urine specimen as directed.


                    I declare under penalty of perjury that the foregoing is true and correct.

                                        By:  Cayetano R. Castellano
                                             U.S. Probation Officer
                                        Date:  11/02/07


THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons.  Date of Hearing: _____.
[ ] No Action
[ ] Other

                                        _____
                                        Signature of Judicial Officer

                                        _____
                                        Date