# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

United States of America

          Plaintiff(s)

vs.

Stanley Powell

          Defendant(s)

Criminal No. 01-58 (KSH)

ORDER OF DETENTION

The Court having determined that defendant has violated supervised release, the United States Marshals Service are directed to take defendant Stanley Powell into their custody.

SO ORDERED

_____
KATHARINE S. HAYDEN     U.S.D.J.

Date: 7/14/08