UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA    :    Hon. Katharine S. Hayden

v.                          :    Crim. No. 01-00058

STANLEY POWELL              :    O R D E R

This matter having come before the Court on the petition of the United States Probation Office for a hearing regarding the failure of defendant Stanley Powell (Olubulola Adetula, Esq., appearing) to comply with certain conditions of supervised release imposed on July 9, 2003; and the defendant having waived the preliminary hearing and having entered a guilty plea on July 14, 2008 to having violated Condition No. 10, which required that he refrain from excessive use of alcohol and not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, except as prescribed by a physician; and for good cause shown;

IT IS on this 15th day of July, 2008,

ORDERED that the defendant is adjudged guilty of having violated Condition No. 10 of his supervised release, which required that he refrain from excessive use of alcohol and not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, except as prescribed by a physician;

IT IS FURTHER ORDERED that the term of supervised release is hereby revoked;

IT IS FURTHER ORDERED that the defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a period of fourteen months;

IT IS FURTHER ORDERED that Violation Nos. 1, 2, 3, 5, and 6 of the Amended Petition filed December 19, 2007, are hereby dismissed; and

IT IS FURTHER ORDERED that, unless modified by this judgment, all fines, restitution, costs and special assessments previously imposed in the judgment filed on August 11, 2003 remain in full force and effect, if not already paid.

The Court makes the following recommendations to the Bureau of Prisons: (i) the defendant is to be confined in a Bureau of Prisons facility which can afford him with the opportunity to work while in custody; and (ii) the defendant is to be confined in a Bureau of Prisons facility which can afford him with the opportunity to participate in an anger management program, a drug-treatment program and a life skills training program.

*[signature]*

HONORABLE KATHARINE S. HAYDEN
United States District Judge